Joel MERCADO–RAMOS, Appellant,

v.

DIVISION OF EMPLOYMENT SECURITY, Respondent.

WD 77791

Missouri Court of Appeals,
Western District.

ORDER FILED: September 1, 2015

Ellen Y. Suni and Zachary Cloutier, Rule 13, Kansas City, MO, for Appellant.

Larry R. Ruhmann, Sarah Harrison and Mandy Jackson, Rule 13, Jefferson City, MO, for Respondent.

Before Division One: Cynthia L. Martin, Presiding Judge, Joseph M. Ellis, Judge and James E. Welsh, Judge

### ORDER

Per curiam:

Joel Mercado–Ramos appeals from a decision by the Labor and Industrial Relations Commission finding Mercado–Ramos ineligible for unemployment benefits because he was discharged for misconduct connected with work. Finding no error, we affirm. Rule 84.16(b).

Gregory D. CHANDLER, Appellant,

v.

The KANSAS CITY MISSOURI BOARD OF POLICE COMMISSIONERS, Respondent.

WD 77852

Missouri Court of Appeals,
Western District.

ORDER FILED: September 1, 2015

Kenneth C. Hensley and Wyatt Z. Roberts, Raymore, MO, Attorneys for Appellant.

James F. Ralls, Jr., Liberty, MO, Attorney for Respondent.

Before Division II: Thomas H. Newton, Presiding Judge, and Victor C. Howard and Mark D. Pfeiffer, Judges

### Order

Per Curiam:

Mr. Gregory D. Chandler appeals the judgment of the Circuit Court of Jackson County, Missouri, which affirmed a decision by the Board of Police Commissioners of Kansas City, Missouri, terminating Mr. Chandler's employment with the Kansas City Police Department on the grounds that Mr. Chandler had violated several Department personnel policies. Because a published opinion would have no jurisprudential value, we have instead provided a memorandum of law to the parties explaining our ruling. We affirm the circuit court's judgment. Rule 84.16(b).